

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00393-CV

| | | |
|---|---|---|
| CITY OF DENTON, Appellant | § | On Appeal from the 431st District Court |
| V. | § | of Denton County (22-8751-431) |
| | § | February 6, 2025 |
| JESUS MANUEL RODRIGUEZ-RIVERA, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant City of Denton shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell